NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARINE POLYMER TECHNOLOGIES, INC.,**
*Plaintiff-Appellee,*

v.

**HEMCON, INC.,**
*Defendant-Appellant.*

---

2010-1548

---

Appeal from the United States District Court for the District of New Hampshire in case no. 06-CV-0100, Judge Joseph A. DiClerico, Jr.

---

**ON MOTION**

---

**ORDER**

Marine Polymer Technologies, Inc. moves to schedule oral argument in this appeal for May 2011.

The May 2011 calendar is presently full. However, if a case falls from that calendar and a replacement case is needed, this case will be considered for any such replacement.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied at this time. The case will be placed on the next available oral argument calendar, which could be the May 2011 calendar if a replacement case is needed.

FOR THE COURT

MAR 2 9 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Raymond A. Kurz, Esq.
    Brian M. Poissant, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 9 2011

JAN HORBALY
CLERK